# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § ADAMS EXTRACT § § Defendant. § _____ § SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § OPPENHEIMERFUNDS, INC. § § Defendant. § _____ § | Case No: 2:15-cv-01169-RWS-RSP LEAD CASE Case No: 2:15-cv-01179-JRG-RSP CONSOLIDATED CASE |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss OppenheimerFunds, Inc. It is therefore ORDERED that all claims by Plaintiff Symbology Innovations LLC are hereby DISMISSED WITH PREJUDICE, and all claims by Defendant are hereby DISMISSED AS MOOT, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 12th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE